IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:25-cr-00362 |
| | ) | |
| -versus- | ) | |
| | ) | |
| JEROME SYDNEY HEYWARD, | ) | MOTION FOR EXTENSION OF TIME |
| | ) | TO RESPOND TO PRE-SENTENCE |
| Defendant. | ) | INVESTIGATION REPORT |
| | ) | |

The Defendant, Jerome Heyward, by and through his attorney Andrew J. Savage, III, hereby moves for an extension of time to respond to the Pre-Sentence Investigation Report prepared by United States Probation Officer Kelli Frye and submitted to the Court on June 16, 2025. The Defendant's response is currently due by June 30, 2025, and he hereby requests a thirty (30) day extension, as Mr. Savage is currently in trial for *The State of South Carolina v. Michael Colucci* in Berkeley County General Sessions Court for a two-week Term of Court. (See Attachment - Notice of Trial)

                                          Respectfully submitted,

                                          SAVAGE LAW FIRM
                                          15 Prioleau Street
                                          Charleston, SC  29401
                                          Telephone: (843) 720-7470

        BY:   *S/Andrew J. Savage, III*
                                            Andrew J. Savage, III
                                            Federal ID Number: 3734
                                            Email: andy@savlaw.com

                                          ATTORNEY FOR DEFENDANT

Charleston, South Carolina

June 17, 2025