

*Leah Guerry Dupree*
**Berkeley County Clerk of Court**
Post Office Box 219
Moncks Corner, SC 29461

May 9, 2025
*Via U.S. Mail*

Michael F. Colucci
400 Murray Blvd
Summerville, SC 29483

RE:   State of South Carolina vs. Michael F. Colucci
      Berkeley County General Sessions Court
      Charges: Murder / Murder
      DOI:    5/4/2016

Dear Mr. Colucci:

Please be advised that this case has been placed on the trial docket for a term of Berkeley County General Sessions Court beginning the week of June 16, 2025. **Please be present on Monday, June 16, 2025, at 9:00 a.m.** You must be present at that time in Courtroom E of the Berkeley County Courthouse located at 300-B California Avenue, Moncks Corner, South Carolina 29461.

Please notify your attorney upon receipt of this letter.

Failure to appear for Court at the above stated time may result in a Bench Warrant being issued for your arrest, and/or the trial proceeding in your absence.

Sincerely,
*Leah Dupree*
*Berkeley County Clerk of Court*

cc:   Andrew Savage, Esq
      15 Prioleau Street
      Charleston, SC 29401

      William McGuire, Esq
      171 Church Street, Suite 360
      Charleston, SC 29401

      J. Scott Bishoff, Esq
      171 Church St., Suite 360
      Charleston, SC 29401

Sinkler Bail Bonds
104 Broughton Rd
Moncks Corner, SC 29461

TRIAL NOTICE - Clerk of Court Letterhead